# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**738**

**CA 13-02020**

PRESENT: SCUDDER, P.J., FAHEY, PERADOTTO, VALENTINO, AND DEJOSEPH, JJ.

---

VALERIE REUMAN, AS PARENT AND NATURAL
GUARDIAN OF HANNAH FINCH, AN INFANT,
PLAINTIFF-RESPONDENT,

V                                                                          ORDER

HONEOYE FALLS LIMA CENTRAL SCHOOL DISTRICT,
DEFENDANT-APPELLANT.

---

PETRONE & PETRONE, P.C., WILLIAMSVILLE (JAMES H. COSGRIFF, III, OF
COUNSEL), FOR DEFENDANT-APPELLANT.

TREVETT CRISTO SALZER & ANDOLINA, P.C., ROCHESTER (ROBERT E. BRENNAN
OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered March 12, 2013. The order denied defendant's motion for summary judgment dismissing plaintiff's amended complaint.

Now, upon the stipulation discontinuing action signed by the attorneys for the parties on March 18, 2014, and filed in the Monroe County Clerk's Office on May 8, 2014,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: June 13, 2014                          Frances E. Cafarell
                                                Clerk of the Court